Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| In re: | Case No. 16-27995 |
|---|---|
| ROBERT M HUFFMAN<br>MELISSA S HUFFMAN | Chapter 13 |
| Debtors. | Hon. Joel T. Marker |

**TRUSTEE'S OBJECTION TO ENTRY OF DISCHARGE FOR ROBERT M HUFFMAN**

Lon A. Jenkins, Chapter 13 Trustee, hereby objects to the entry of discharge and in support thereof represents as follows:

1. On 06/04/2013, the Debtor Robert Huffman filed a Chapter 7 petition for relief (Bankr. No. 13-26410). On 09/11/2013, the Court entered its order discharging Robert Huffman under 11 U.S.C. § 727.

2. On 09/09/2016, the above-captioned Debtors, including Robert M Huffman, filed a Chapter 13 petition for relief. On 10/11/2019, the Trustee filed the *Notice of Completed Plan* and on 10/15/2019, the Debtors, including Robert M Huffman filed a *Verification and Request for Discharge*. The verification represents that the Debtors "have not received a discharge in a

Chapter 7, 11 or 12 bankruptcy case filed within 4 years prior to filing this Chapter 13 bankruptcy."

3.   Because Robert Huffman "received a discharge in a case filed under Chapter 7 … during the 4-year period preceding the date of the order for relief" in this Chapter 13 case, Robert M. Huffman does not appear to qualify for a discharge under § 1328 (see § 1328(f)(1)).

THEREFORE, the Trustee objects to the entry of a discharge under § 1328 as to Robert M. Huffman.

DATED: October 16, 2019.

                                           LAJ /s/
                                     Lon A. Jenkins, Esq.
                                     Standing Chapter 13 Trustee

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 16, 2019, a true and correct copy of the foregoing paper was served electronically via CM/ECF to the persons listed below.

E. KENT WINWARD
ECF NOTIFICATION

The undersigned hereby certifies that on October 16, 2019, a true and correct copy of the foregoing paper was addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid.

ROBERT M HUFFMAN
MELISSA S HUFFMAN
4656 S 3600 W
ROY, UT 84067

                                           /s/
                                     Office Chapter 13 Trustee